1494

**2006-0505. Floss v. Culver.**
Ashtabula App. No. 2004–A–0014, 2006-Ohio-197. Discretionary appeal accepted; cause consolidated with 2006-0767, *Floss v. Culver*, Ashtabula App. No. 2004–A–0014, 2006-Ohio-197; cause held for the decision in 2005–2399 and 2006–0249, *Mid–Am. Fire & Cas. Co. v. Heasley*, Lake App. No. 2004–L–115, 2005-Ohio-6072; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006-0506. Preferred Capital, Inc. v. Al & Lou Builders Supply, Inc.**
Summit App. No. 22654, 2006-Ohio-250. Discretionary appeal accepted on Proposition of Law Nos. I and II; cause held for the decision in 2005–2134, *Preferred Capital, Inc. v. Power Eng. Group, Inc.*, Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486, 22487, 22488, 22489, 22497, 22499, 22506 and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113; and briefing schedule stayed.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. III.

O'CONNOR, J., would accept the appeal on Proposition of Law No. I only.

**2006-0507. Peters v. Columbus Steel Castings Co.**
Franklin App. No. 05AP–308, 2006-Ohio-382.

PFEIFER and O'DONNELL, JJ., dissent.

**2006-0539. Herbert v. Porter.**
Seneca App. No. 13–05–15, 165 Ohio App.3d 217, 2006-Ohio-355.

O'CONNOR, O'DONNELL and LANZINGER, JJ., would accept the appeal on Proposition of Law No. II only.

**2006-0655. Gustin v. Chaney.**
Highland App. No. 05CA7, 2006-Ohio-1049. Discretionary appeal accepted; cause held for the decision in 2005–0998, *Robinson v. Bates*, Hamilton App. No. C–040063, 160 Ohio App.3d 668, 2005-Ohio-1879; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006-0673. In re S.J.K.**
Summit App. No. 22721, 2006-Ohio-653. Discretionary appeal accepted and cause consolidated with 2006-0798, *In re S.J.K.*, Summit App. No. 22721, 2006-Ohio-653.

RESNICK and LANZINGER, JJ., dissent.

O'CONNOR, J., not participating.

